1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12 NEPTON ESFAHANI,              )     1:09-cv-01965 MJS HC

13             Petitioner,    )

14     v.                          )

15

16 ERIC H. HOLDER, Attorney General, et al.,

17             Respondent.

18

ORDER GRANTING MOTION TO DISMISS

[Doc. 7]

19       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20 pursuant to 28 U.S.C. § 2241.

21         On December 10, 2009, Petitioner filed a letter informing the Court that he was released from

22 custody of the Bureau of Immigration and Customs Enforcement ("ICE") on December 1, 2009, and

23 to disregard his petition. (Court Doc. 7). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil

24 Procedure, "the [Petitioner] may dismiss an action without a court order by filing a notice of

25 dismissal before the opposing party serves either an answer or a motion for summary judgement; or a

26 stipulation of dismissal signed by all parties who have appeared." Respondent has not filed an

27 answer to the petition for writ of habeas corpus.

28 ///

1    The federal courts have duty to construe pro se pleadings liberally. <u>Hamilton v. United States</u>,

2  67 F.3d 761, 764 (9th Cir.1995) (citing <u>Hughes v. Rowe</u>, 449 U.S. 5, 9 (1980) (quotation omitted)).

3  Consistent with such duty, the Court shall consider Petitioner's December 10, 2009 letter as a motion

4  to dismiss. (Court Doc. 7).

5    Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice.

6

7  IT IS SO ORDERED.

8  **Dated:    April 28, 2010**        _____/s/ Michael J. Seng_____
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28